The People of the State of New York, Respondent, *v.* Lloyd George Inman, Appellant.

Argued April 7, 1949; decided June 2, 1949.

*Burroughs A. Strickland* and *Harry Cooper* for appellant.

*J. Kenneth Serve, District Attorney*, for respondent.

Judgment of conviction affirmed; no opinion.

Concur: Loughran, Ch. J., Lewis, Conway, Desmond, Dye, Fuld and Bromley, JJ.